JULIAN D. JENSEN (Bar #1679)
**JENSEN, DUFFIN & DIBB, LLP**
311 South State, Suite 380
Salt Lake City, Utah 84111
Telephone: (801) 531-6600
Fax: (801) 521-3731
Email: jjensen@jdcdj.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF UTAH

(Central Division)

| | |
|---|---|
| DARK HORSE EXPLORATION, INC., a Wyoming corporation; ROGER LANDRESS, a Texas citizen,<br><br>Plaintiffs.<br><br>vs.<br><br>THURSTON ENERGY, LLC., a Delaware limited liability company, and RALPH RAYMOND CURTON, JR., a Texas citizen,<br><br>Defendants. | **PLAINTIFFS' VOLUNTARY RULE 41(a)(1)(A) NOTICE OF DISMISSAL**<br><br>Civil No.: 2:09-cv-1009-DB<br><br>Judge: Dee Benson |

COMES NOW the above named plaintiffs, by and through their undersigned counsel of record, to respectfully give notice to the above captioned Court and all parties in interest, pursuant to Rule 41(a)(1)(A)(i), that plaintiffs are voluntarily dismissing their cause of action in this proceeding without prejudice in accordance with this Rule prior to any answer or summary judgment proceeding

being filed by the defendants. Plaintiffs concede that complete diversity of citizenship is not available to plaintiffs to create diversity jurisdiction.

Because the Rule appears explicit as to plaintiffs' right to file a voluntary dismissal without leave of Court or order, no supporting memorandum is being concurrently filed unless requested by the Court.

DATED this 13th day of January, 2010.

Julian D. Jensen
Attorney for Plaintiffs

## MAILING CERTIFICATE

I hereby certify that on the 13th day of January, 2010, I mailed the **Plaintiffs' Voluntary Rule 41(a)(1)(A) Notice of Dismissal** in the above captioned case in the United States Mail, first class postage prepaid, addressed as follows:

Rachel S. Anderson, Esq.
Rosemary J. Beless, Esq.
Douglas J. Payne, Esq.
Fabian & Clendenin, PC
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323

*Attorneys for Defendant Thurston Energy, LLC*

Julian D. Jensen
Attorney for Plaintiffs